1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

               Plaintiff,

     v.

JORGE VASQUEZ, et al.,

               Defendants.

Case No.  19-cv-03431-RS

**ORDER DENYING MOTION FOR ENTRY OF JUDGMENT, WITHOUT PREJUDICE**

       Plaintiff's "ex parte" motion for entry of judgment, which was served on defendants' former counsel of record is denied, without prejudice. Because defendants appeared in pro se in this action via the stipulation for dismissal, the provision of the prior order permitting service on them through former counsel is no longer in effect. Although plaintiff shows that he gave notice of default to defendants directly, he does not indicate that he served them with the motion for entry of judgment, or that there is a basis to enter judgment ex parte. *See* Civil Local Rule 7-8 ("a party may file an ex parte motion, that is, a motion filed without notice to opposing party, only if a statute, Federal Rule, local rule, or Standing Order authorizes ex parte filing.")

       This order is without prejudice to plaintiff filing a renewed motion for entry of judgment that is directly served on each defendant. Plaintiff need not set the motion for hearing on 35 days' notice or otherwise, but the motion should advise defendants that they have the right to file a response to the motion with the court within one-week of receipt of the motion. No action will be taken on the motion until a reasonable time has elapsed to presume defendants had opportunity to

1    receive the motion and submit any response by mail.

2

3    **IT IS SO ORDERED**.

4

5    Dated: October 24, 2022

6                                                    _____

7                                                    RICHARD SEEBORG
                                                     Chief United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2